

AO 247 (02/08) Order Regarding Motion for Sentence Reduction

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SERGIO VAZQUEZ | ) | Case No: 1:05CR513-001 |
| | ) | USM No: 30326-160 |
| Date of Previous Judgment: 05/15/2006 | ) | DANIEL G. WIGHTMAN |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __63__ months **is reduced to** __60 months*__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 25 | Amended Offense Level: | 23 | |
| Criminal History Category: | II | Criminal History Category: | II | |
| Previous Guideline Range: | 63 to 78 months | Amended Guideline Range: | 51 to 63 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

*The Defendant is subject to a statutory mandatory minimum of 60** months incarceration for possessing more than 5 grams but less than 50 grams of cocaine base and, therefore, is only eligible for a maximum sentence reduction of three (3) months.
** 60 Months each on counts 1, 2 to run concurrently

Except as provided above, all provisions of the judgment dated __05/15/2006__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __04/04/2008__

_Christopher A. Boyko_
Judge's signature

Effective Date: __04/04/2008__
(if different from order date)

Judge Christopher A. Boyko
United States District Court
Printed name and title